**People of the State of Illinois, Plaintiff-Appellee, v. Lindberg P. Evans (Impleaded), Defendant-Appellant.**

**Gen. No. 52,209.  (Abstract of Decision.)**

First District, Third Division.

June 19, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Saul H. Brauner, Norman W. Fishman, and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; John J. Stamos,

State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Gerald T. Rohrer, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE SCHWARTZ. **Not to be published in full.**